| COURTROOM MINUTES | | CLERK, U.S. DISTRICT COURT |
|---|---|---|
| ☒ INITIAL APPEARANCE | ☐ RULE 40 HEARING | SOUTHERN DISTRICT OF TEXAS |
| ☐ DETENTION HEARING | ☐ COUNSEL DETERMINATION HEARING | FILED |
| ☐ PRELIMINARY HEARING | ☐ BOND HEARING | 10/2/15 |
| ☐ HEARING CONTINUED ON _____ | | DAVID BRADLEY, Clerk |

THE HONORABLE **MARY MILLOY**, Presiding, Courtroom 701   OPEN: **10:06**   ADJOURN: **10:10**
Case Manager: Cindy Jantowski                              RECESS FROM: **10:30**   TO: **10:37**
ERO: **P Crawford**                                        ☒ Other District **EDTX**
~~Pretrial~~ Services Officer _____                      ☒ Other Division **Sherman**
**Prob:**                                                  Case No. **4:11CR007**

INTERPRETER REQUIRED: ☒ No  ☐ Yes, Name: _____

Criminal No. **15-1389-MJ**   Defendant No. _____   USDJ _____

UNITED STATES OF AMERICA
vs **Andrew Duane Trump**                                  **JIMMY Sledge**, AUSA

Counsel for Defendants Appt - (A), Retd - (R), FPD - (F)

- ☐ Date of arrest: _____
- ☒ Deft first appearance. Deft advised of rights/charges ☒ SRT/Probation violator ☐ Pretrial Release Violator
- ☐ Deft first appearance with counsel.
- ☒ ☐ Deft _____ appeared ☐ with ☒ without counsel.
- ☐ Requests appointed counsel. **On the Record**
- ☒ FINANCIAL AFFIDAVIT executed. ☐ Court orders defendant to pay $_____ to CJA Fund
- ☒ Order appointing Federal Public Defender. **(Charlotte Herring present)**
- ☐ Private Counsel appointed, _____
- ☐ Deft advises he/she will retain counsel. He/she retained _____
- ☐ Bond ☐ set $_____ ☐ Cash ☐ Surety ☐ 10% ☐ PR ☐ Unsecured ☐ $_____ Deposit.
- ☐ Bond ☐ revoked ☐ reinstated.
- ☐ Deft advised of conditions of release. **★ Commitment order**
- ☐ Surety signatures required _____
- ☐ No bond set at this time, 10 day DETENTION ORDER entered. **USM to transport to**
- ☐ ORDER OF TEMPORARY DETENTION PENDING HEARING entered. **10/8/15 Sherman**
- ☒ ORDER OF DETENTION PENDING TRIAL entered. **@ 10:00am**
- ☐ Court finds ☒ IDENTITY ☐ Probable Cause.
- ☐ BOND EXECUTED and defendant released.
- ☒ Deft REMANDED to CUSTODY. ☒ Deft ORDERED REMOVED to Originating District.
- ☒ WAIVER of ☐ Preliminary ☒ Identity ☐ Detention Hearing ☐ Detention Hrg in this district ☐ State Custody
- ☐ Arraignment set _____   ☐ Detention Hearing set _____
- ☐ Preliminary set _____    ☐ Counsel Determination Hearing set _____
- ☐ Identity/Removal Hearing set _____